AO 245A (Rev. 7/87) Judgment of Acquittal

# United States District Court
### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

**JUDGMENT OF ACQUITTAL**

V.

CASE NUMBER:   CR 99-10127-DPW

PARRIS PHILLIPS

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

*Douglas P. Woodlock*
Signature of Judicial Officer

Hon. Douglas P. Woodlock, United States District Judge
Name and Title of Judicial Officer

3-14-00
Date

This form was electronically produced by Elite Federal Forms, Inc.


